**Expedited hearing shall be held on 8/11/2026 at 03:00 PM in El Paso Courtroom. Movant is responsible for notice.**

**The relief described hereinbelow is SO ORDERED.**

**Signed August 10, 2026.**

**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Inclusive Logistics, L.L.C.[1] | § | No. 26-31117-cgbV11 |
| | § | |
| Debtor. | § | Subchapter V |
| | § | |
| | § | |
| Inclusive Logistics, L.L.C. | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Adv. Proc. No. 26-03012-cgb |
| | § | |
| Capwise II LLC; and Vertex Lending LLC | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING**
**MOTION FOR EMERGENCY HEARING**

[1] The Debtor in this Chapter 11 Subchapter V bankruptcy case, together with the last four digits of its federal tax identification number, is: Inclusive Logistics, L.L.C. (5282). The Debtor's mailing address is: 9577 Plaza Circle, El Paso, TX 79927-2005.

Before this Court is the Motion filed by Inclusive Logistics, L.L.C. ("Movant") requesting an expedited hearing on the TRO Motion filed on August 10, 2026. The Court finds that the Motion should be granted as set forth below.

ACCORDINGLY, IT IS THEREFORE ORDERED that the TRO Motion identified in the Movant's *Motion for Emergency Hearing* is scheduled for an emergency hearing on the date and time listed above.

# # #

Prepared by:

Thomas D. Berghman
Texas Bar No. 24082683
Jacob J. King
Texas Bar No. 24136951
**MUNSCH HARDT KOPF & HARR, P.C.**
1717 West 6th Street, Suite 250
Austin, Texas 78703
Telephone: (214) 855-7500
Email: tberghman@munsch.com
jking@munsch.com

**PROPOSED COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**

United States Bankruptcy Court

Western District of Texas

Inclusive Logistics, L.L.C.,
Plaintiff

Adv. Proc. No. 26-03012-cgb

Capwise II LLC,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 10, 2026 | Form ID: pdfintp | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | Inclusive Logistics, L.L.C., 9577 Plaza Circle, El Paso, TX 79927-2005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 10 2026 23:25:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, San Antonio, TX 78295-1601 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jacob J King | on behalf of Plaintiff Inclusive Logistics L.L.C. jking@munsch.com, CourtMail@munsch.com |

TOTAL: 1